<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMOND MELENDEZ,<br><br>                    Plaintiff,<br><br>            v.<br><br>COLORITE PLASTICS COMPANY, ET AL.,<br><br>                    Defendants. | Civil Action No.15-cv-1931 (SDW)(LDW)<br><br>**ORDER**<br><br>November 4, 2015 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on October 19, 2015 by Magistrate Judge Leda Dunn Wettre ("Judge Wettre"), recommending that Plaintiff Ramond Melendez's Motion to Remand (Dkt. No. 6) be granted and that Plaintiff Ramond Melendez's Motion for Attorney's Fees (Dkt. No. 6) be denied. Plaintiff did not file an objection to the R&R.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (Dkt. No. 14) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                             s/ Susan D. Wigenton, U.S.D.J.

Orig:  Clerk
cc:    Parties
       Magistrate Judge Wettre